# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BRYAN CONKLING,                          )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )          CIV. 14-0234- WJ/KBM
                                         )
TRI-STATE CAREFLIGHT, LLC, and           )
BLAKE STAMPER, Individually,             )
                                         )
                    Defendants.          )
_____)

## SUGGESTION OF DEATH UPON THE RECORD AND UNOPPOSED MOTION TO VACATE TRIAL SETTING AND PRE-TRIAL DEADLINES

NOTICE is hereby given to the parties in this matter, and to the Court, that Plaintiff Bryan Conkling was fatally injured on or around September 2, 2015.  As indicated by local news reports, Mr. Conkling's body was found in the Sandia Mountains in the early morning of September 2, 2015.

In order to afford Mr. Conkling's family time to make decisions and for a personal representative to be appointed, Counsel for Mr. Conkling hereby request that the trial setting and other deadlines presently scheduled in this matter be VACATED.  Because there were pending discovery issues still unresolved at the time of Mr. Conkling's death, we specifically request that such vacation include discovery deadlines.

Although a personal representative for Mr. Conkling has not yet been appointed, it is anticipated that Mr. Mark Conkling, father to the decedent, will be appointed as personal representative.  In accordance with Rule 25 of the Federal Rules of Civil Procedure, counsel for

Plaintiff will file a Motion for Substitution of Parties or other appropriate pleadings within ninety

days of the date of this notice.

WHEREFORE, the Plaintiffs request the Court vacate the trial setting of December 7,

2015 be vacated; and that Pre-Trial deadlines, discovery and other trial preparation deadlines be

vacated as well.

Respectfully submitted,

JONES, SNEAD, WERTHEIM, &
   CLIFFORD, P.A.
*Attorneys for Plaintiff Bryan Conkling*

By: __*/s/ Samuel C. Wolf*_____ __ _____
            SAMUEL C. WOLF
            P.O. Box 2228
            SANTA FE, N M 87504-2228
            (505) 982-0011
            (505) 989-6288  Fax

## CERTIFICATE OF SERVICE

It is hereby certified that on the 30th˙ day of September 2015, a true and correct copy of

the foregoing Unopposed Motion to Vacate Trial Setting and Pre-trial Deadlines Including

Discovery was e-filed and served electronically through the Odyssey system on:

Charles Vigil Esq.
Jeffery L. Lowry
P.O. Box 1888
Albuquerque, New Mexico  87103

            *s/Samuel C. Wolf*_____