IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BRYAN CONKLING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRI-STATE CAREFLIGHT, LLC, and )<br>BLAKE STAMPER, Individually, )<br>)<br>Defendants. )<br>) | Civ. 14-0234-WJ/KBM |

## PLAINTIFF'S STATUS REPORT

COMES NOW counsel for Bryan Conkling, Deceased, JONES, SNEAD, WERTHEIM & CLIFFORD, P.A., and, pursuant to this Court's Order of December 30, 2015 **(Document 65)** informs the Court and the Defense of the status of this matter.

1. Bryan Conkling died on or around September 2, 2015.

2. Bryan Conkling's father, Mark Conkling, finally received a death certificate at the beginning of February.  However, the death certificate contained errors regarding Bryan Conkling's personal information.

3. A corrected death certificate was received very recently and the undersigned is preparing to file appropriate documents to have Mark Conkling appointed as the personal representative for his son, Bryan Conkling.

4. Accordingly, this matter should be ready to move forward within approximately 30-60 days.

5. On receipt of a court order appointing Mark Conkling personal representative for the estate of Bryan Conkling, appropriate documents substituting the parties will be filed in this Court.

          Respectfully Submitted,

          JONES, SNEAD, WERTHEIM & CLIFFORD, P.A.

          By: /s/ *Samuel C. Wolf*
                Samuel C. Wolf
                1800 Old Pecos Trail
                Santa Fe, NM 87505
                Tel. (505) 982-0011
                sam@thejonesfirm.com

## CERTIFICATE OF SERVICE

It is hereby certified that on the 29th day of February, 2016, a true copy of the foregoing *Plaintiff's Status Report* was emailed to Mr. Charles Vigil at cvigil@rodey.com and Mr. Jeffery L. Lowry jlowry@rodey.com and sent via the CM/ECF system.

          /s/*Samuel C. Wolf*
          SAMUEL C. WOLF

2