FILED IN MY OFFICE
DISTRICT COURT CLERK
5/16/2016 12:27:53 PM
STEPHEN T. PACHECO
Angelica Gonzalez

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

No. D-101-PB-2016-00051

IN THE MATTER OF THE ESTATE OF
BRYAN M. CONKLING, DECEASED.

## ORDER OF INTESTACY AND DETERMINATION OF HEIRSHIP

THIS MATTER comes before the Court for hearing upon the Petition of MARK CONKLING for an adjudication of intestacy with respect to BRYAN M. CONKLING, deceased, and for formal appointment as personal representative. The Court having considered the Petition determines as follows:

1. The Court has jurisdiction of this probate proceeding.

2. The proceeding is unopposed.

3. The time required for notice has expired.

4. Required notices have been given.

5. BRYAN M. CONKLING died on September 2, 2015, in Bernalillo County, State of New Mexico.

6. Venue is proper because the decedent's domicile at the time of death was Santa Fe, Santa Fe County, New Mexico.

Exhibit 1

7. The proceeding was commenced within the time prescribed by the laws of New Mexico.

8. At least 120 hours have elapsed since the decedent's death.

9. No personal representative of the decedent has been appointed in New Mexico or elsewhere.

10. Decedent died intestate because he left no Will.

11. Petitioner is an interested person as defined by the laws of New Mexico and seeks appointment as personal representative. Petitioner is not disqualified to serve as personal representative of the decedent.

12. Anyone who has equal or higher priority to serve has consented to petitioner's appointment as personal representative. Therefore, petitioner has priority entitling him to the appointment.

13. The names and addresses of the heirs of the decedent are:

| NAME | MAILING ADDRESS | AGE (If a Minor) |
|---|---|---|
| Mark Conkling | 4200 Meadowlark Lane, SE, Suite 1 Rio Rancho, NM 87124 | n/a |
| Patricia M. Conkling | 4200 Meadowlark Lane, SE, Suite 1 Rio Rancho, NM 87124 | n/a |
| Kimberly R. Hamel | 4200 Meadowlark Lane, SE, Suite 1 Rio Rancho, NM 87124 | n/a |

| | | |
|---|---|---|
| Daniel D. Conkling | 4200 Meadowlark Lane, SE, Suite 1 Rio Rancho, NM 87124 | n/a |

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The decedent died intestate because he left no Will.

2. The names and addresses of the heirs of the decedent, and the ages of any who are minors, are set forth in Paragraph 13 of this Order.

3. MARK CONKLING is hereby formally appointed as personal representative of the estate of BRYAN M. CONKLING, deceased, without bond, in an unsupervised administration.

4. Letters of administration be issued to MARK CONKLING upon qualification and acceptance.

_____
DISTRICT JUDGE

SUBMITTED BY:

JONES, SNEAD, WERTHEIM,
 & CLIFFORD, P.A.
Attorneys for Petitioner

By: _____
SAMUEL C. WOLF
Post Office Box 2228
Santa Fe, New Mexico 87504-2228
(505) 982-0011
sam@thejonesfirm.com

02088005\Order of Intestacy and Determination of Heirship

Order of Intestacy and Determination of Heirship - Page 3