FILED IN MY OFFICE
DISTRICT COURT CLERK
3/31/2016 10:05:49 AM
STEPHEN T. PACHECO
Jessica Garcia

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

No. D-101-PB-2016-00051      Case assigned to Mathew, Francis J.

IN THE MATTER OF THE ESTATE OF
BRYAN M. CONKLING, DECEASED.

### PETITION FOR ADJUDICATION OF INTESTACY AND APPOINTMENT OF PERSONAL REPRESENTATIVE

Petitioner, MARK CONKLING, states:

1. Petitioner is the father and heir of the deceased and is, therefore, an interested person as defined by the laws of New Mexico.

2. Petitioner is not disqualified to serve as Personal Representative and does not know of anyone else who is interested in serving as personal representative who has priority to serve.

3. Anyone who has equal or higher priority to serve has consented below to Petitioner's appointment by signing this Petition.

4. BRYAN M. CONKLING died on September 2, 2015, at the age of forty (40) years. At the time of his death, the decedent was domiciled in Santa Fe County, New Mexico, thus giving rise to venue in this Court. The names and addresses of the heirs of the decedent so far as known or ascertainable with reasonable diligence by the petitioner are:

# Exhibit A

| NAME | MAILING ADDRESS | RELATIONSHIP TO DECEDENT | AGE (If a Minor) |
|---|---|---|---|
| Mark Conkling | 4200 Meadowlark Lane, SE, Suite 1<br>Rio Rancho, NM 87124 | Father | n/a |
| Patricia M. Conkling | 4200 Meadowlark Lane, SE, Suite 1<br>Rio Rancho, NM 87124 | Mother | n/a |
| Kimberly R. Hamel | 4200 Meadowlark Lane, SE, Suite 1<br>Rio Rancho, NM 87124 | Sister | n/a |
| Daniel D. Conkling | 4200 Meadowlark Lane, SE, Suite 1<br>Rio Rancho, NM 87124 | Brother | n/a |

5. No personal representative of the decedent has been appointed in New Mexico or elsewhere.

6. Petitioner has not received a demand for notice and is not aware of any demand for notice of any probate or appointment proceedings concerning the decedent filed in New Mexico or elsewhere.

7. The time for formal appointment proceedings has not expired because three (3) years or less have passed since the decedent's death.

8. After the exercise of reasonable diligence, Petitioner is unaware of any unrevoked testamentary instrument relating to property having a situs in New Mexico under the laws of New Mexico.

9. Petitioner requests a formal order that the decedent died intestate based on a specific judicial finding and order that the decedent left no will and determining the heirs.

10. Petitioner seeks the appointment of MARK CONKLING, father and heir of the decedent, as personal representative.

WHEREFORE, petitioner prays that the Court fix a time and place of hearing; notice be given to all interested persons as provided by the laws of New Mexico; after notice and hearing, the Court enter a judicial order formally declaring that the decedent died intestate based on a specific judicial finding and order that the decedent left no will; the Court enter a judicial order determining the heirs of the decedent; the Court appoint MARK CONKLING as personal representative of the estate, without bond, in an unsupervised administration; letters of administration be issued to petitioner; and for such other and further relief as may be proper.

_____
MARK CONKLING
2528 Sandia Loop, N.E.
Rio Rancho, New Mexico 87144
(505) 710-7429


JONES, SNEAD, WERTHEIM
& CLIFFORD, P.A.
Attorneys for Petitioner

By: _____
SAMUEL C. WOLF
Post Office Box 2228
Santa Fe, New Mexico 87504-2228
(505) 982-0011
sam@thejonesfirm.com

## VERIFICATION

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF Sandoval     )

MARK CONKLING, upon oath, states that all of the representations in the Petition are true as far as petitioner knows or is informed, and that such Petition is true, accurate and complete to the best of petitioner's knowledge and belief.

_____
MARK CONKLING

SUBSCRIBED AND SWORN TO before me this 22 day of March, 2016, by MARK CONKLING.

_____
NOTARY PUBLIC Commission exp 12-24-16

(Seal)

02088005\Petition for Adjudication of Intestacy and Appointment

Petition for Adjudication and Appointment - Page 4

I consent to the appointment of the personal representative listed above.

| | |
|---|---|
| Name: | PATRICIA M. CONKLING |
| Signature: | */s/ Patricia M. Conkling* |
| Relationship to decedent: | Mother |
| Street address: | 2528 Sandia Loop, N.E. |
| City, state and zip code: | Rio Rancho, New Mexico 87144 |

I consent to the appointment of the personal representative listed above.

| | |
|---|---|
| Name: | DANIEL D. CONKLING |
| Signature: | */s/ Daniel D. Conkling* |
| Relationship to decedent: | Brother |
| Street address: | 2528 Sandia Loop, N.E. |
| City, state and zip code: | Rio Rancho, New Mexico 87144 |

I consent to the appointment of the personal representative listed above.

| | |
|---|---|
| Name: | KIMBERLY R. HAMEL |
| Signature: | *[signature]* |
| Relationship to decedent: | Sister |
| Street address: | 2592 Sandia Loop, N.E. |
| City, state and zip code: | Rio Rancho, New Mexico 87144 |